AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original
CLERK'S OFFICE
A TRUE COPY
Sep 02, 2020
s/ JeremyHeacox
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>information associated with five Apple IDs and<br>Apple iCloud accounts that is stored at<br>premises controlled by Apple | Case No. **20-M-356 (SCD)** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   9-15-2020   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Stephen C. Dries   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   9-2-2020   11:40                                  *s/ Stephen C. Dries*
                                                                                                    *Judge's signature*

City and state:   Milwaukee, Wisconsin                              Stephen C. Dries, U.S. Magistrate Judge
                                                                                                   *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>772115-20-0101 | Date and time warrant executed:<br>09/02/2020, 1:00PM | Copy of warrant and inventory left with:<br>Apple Inc. |
| Inventory made in the presence of :<br>  ATF Special Agent Rick Hankins | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br>  Text messages, email messages, contact lists, location data, photos, videos, IP addresses, phone logs, and other electronic information associated with a iCloud warrant return | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/24/2021

*Executing officer's signature*

ATF Special Agent Richard Connors
*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the Apple IDs and Apple iCloud accounts associated with the following information, that is stored at premises owned, maintained, controlled, or operated by Apple Inc., a company headquartered at Apple Inc., One Apple Park Way, Cupertino, California 95014.

**Account 1:**
- Name: Jaquan D. Moore
- Date of birth: 10/04/1997
- Address: 119 16th Avenue NE, Minneapolis, Minnesota 55413

**Account 2:** Phone: (612) 802-8429

**Account 3:** JDEEL08@ICLOUD.COM

**Account 4:** JDEEL08@YAHOO.COM

**Account 5:** Phone: (612) 513-9131

16

# ATTACHMENT B

## Particular Things to be Seized

### I. Information to be disclosed by Apple

To the extent that the information described in Attachment A is within the possession, custody, or control of Apple, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Apple, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Apple is required to disclose the following information to the government, in unencrypted form whenever available, for each account or identifier listed in Attachment A:

    a. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers, email addresses (including primary, alternate, rescue, and notification email addresses, and verification information for each email address), the date on which the account was created, the length of service, the IP address used to register the account, account status, associated devices, methods of connecting, and means and source of payment (including any credit or bank account numbers);

    b. All records or other information regarding the devices associated with, or used in connection with, the account (including all current and past trusted or authorized iOS devices and computers, and any devices used to access Apple services), including serial numbers, Unique Device Identifiers ("UDID"), Advertising Identifiers ("IDFA"), Global Unique Identifiers ("GUID"), Media Access Control ("MAC") addresses, Integrated Circuit Card ID numbers ("ICCID"), Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifiers ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers

17

("MSISDN"), International Mobile Subscriber Identities ("IMSI"), and International Mobile Station Equipment Identities ("IMEI");

c. The contents of all emails associated with the account from August 22, 2020 through September 1, 2020, including stored or preserved copies of emails sent to and from the account (including all draft emails and deleted emails), the source and destination addresses associated with each email, the date and time at which each email was sent, the size and length of each email, and the true and accurate header information including the actual IP addresses of the sender and the recipient of the emails, and all attachments;

d. The contents of all instant messages associated with the account from August 22, 2020 through September 1, 2020, including stored or preserved copies of instant messages (including iMessages, SMS messages, and MMS messages) sent to and from the account (including all draft and deleted messages), the source and destination account or phone number associated with each instant message, the date and time at which each instant message was sent, the size and length of each instant message, the actual IP addresses of the sender and the recipient of each instant message, and the media, if any, attached to each instant message;

e. The contents of all files and other records stored on iCloud, including all iOS device backups, all Apple and third-party app data, all files and other records related to iCloud Mail, iCloud Photo Sharing, My Photo Stream, iCloud Photo Library, iCloud Drive, iWork (including Pages, Numbers, Keynote, and Notes), iCloud Tabs and bookmarks, and iCloud Keychain, and all address books, contact and buddy lists, notes, reminders, calendar entries, images, videos, voicemails, device settings, and bookmarks;

f. All activity, connection, and transactional logs for the account (with associated IP addresses including source port numbers), including FaceTime call invitation logs, messaging and

18

query logs (including iMessage, SMS, and MMS messages), mail logs, iCloud logs, iTunes Store and App Store logs (including purchases, downloads, and updates of Apple and third-party apps), My Apple ID and iForgot logs, sign-on logs for all Apple services, Game Center logs, Find My iPhone and Find My Friends logs, logs associated with web-based access of Apple services (including all associated identifiers), and logs associated with iOS device purchase, activation, and upgrades;

g. All records and information regarding locations where the account or devices associated with the account were accessed, including all data stored in connection with Location Services, Find My iPhone, Find My Friends, and Apple Maps;

h. All records pertaining to the types of service used;

i. All records pertaining to communications between Apple and any person regarding the account, including contacts with support services and records of actions taken; and

j. All files, keys, or other information necessary to decrypt any data produced in an encrypted form, when available to Apple (including, but not limited to, the keybag.txt and fileinfolist.txt files).

Apple is hereby ordered to disclose the above information to the government within **10 DAYS** of issuance of this warrant.

19

## II. Information to be seized by the government

All information described above in Section I that constitutes evidence of travel in interstate commerce or use of a facility of interstate commerce with intent to riot, in violation of Title 18, United States Code, Section 2101, conspiracy to commit arson, in violation of Title 18, United States Code, Section 844(m), arson of commercial property, in violation of Title 18, United States Code, Section 844(i), burglary involving controlled substances, in violation of Title 18, United States Code, Section 2118(b), conspiracy to commit burglary involving controlled substances, in violation of Title 18, United States Code, Section 2118(d), false statements, in violation of Title 18, United States Code, Section 1001, and destruction, alteration, or falsification of records in federal investigations, in violation of Title 18, United States Code, Section 1519, involving Jaquan D. Moore, Jada Deel, and others since August 22, 2020, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

a. Preparatory steps taken in furtherance of these crimes;

b. Communications between Jaquan D. Moore, Jada Deel, Sherwin Pompey, James L. Fielders-Bowers, or others;

c. Relationship between Jaquan D. Moore, Jada Deel, Sherwin Pompey, James L. Fielders-Bowers, or others;

d. Information about the protests, riots, and civil unrest in the Kenosha, Wisconsin area occurring between August 23, 2020 and September 1, 2020;

e. Use, possession, custody, or control of the phone numbers 612-802-8429, 612-513-9131, 612-735-7080, and 262-653-6404;

f. Use, possession, custody, control, or location of the cellular device assigned International Mobile Subscriber Identity (IMSI) 310410231756520;

g. Use, possession, custody, control, or location of a Dodge Charger, a black Nissan Rogue SUV, and a white four-door Pontiac sedan

h. Accelerants or ignitable liquids (such as gasoline, kerosene, or other petroleum distillates), glass bottles, ignition devices (such as an improvised wick or towel), heat sources, and ignition sources (such as a lighter or matches);

i. Screwdriver, hammer, or other burglar's tools;

j. Appearance, clothing, and identity of Jaquan D. Moore on August 24, 2020;

k. Charlie's 10th Hole bar, located at 3805 22nd Avenue, Kenosha, Wisconsin;

l. CVS pharmacy, located at 3726 22nd Avenue, Kenosha, Wisconsin 53140;

m. Location, whereabouts, and patterns of travel of Jaquan D. Moore, Jada Deel, and others;

n. The identity of the person(s) who created or used the Apple ID, including records that help reveal the whereabouts of such person(s);

o. Any information about the existence, scope, or overt acts in furtherance of a conspiracy;

p. Any information related to motive, intent, or knowledge of the violations described above;

q. Any information related to the concealment or destruction of evidence of the violations described above;

r. Evidence indicating how and when the account was accessed or used, to determine the chronological and geographic context of account access, use and events relating to the crime under investigation and the account subscriber;

s. Any records pertaining to the means and source of payment for services (including any credit card or bank account number or digital money transfer account information);

t. Evidence indicating the subscriber's state of mind as it relates to the crime under investigation; and

u. Evidence that may identify any co-conspirators or aiders and abettors, including records that help reveal their whereabouts.

21